KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00665 VRW |
| ) | |
|     Plaintiff, ) | [~~PROPOSED~~] ORDER AND |
| ) | STIPULATION EXCLUDING TIME |
|   v. ) | FROM NOVEMBER 1, 2005 TO |
| ) | NOVEMBER 15, 2005 FROM THE |
| LUIS PEREZ-GONZALEZ, ) | SPEEDY TRIAL ACT CALCULATION |
| (aka Luis Perez Gonzalez), ) | (18 U.S.C. § 3161 (h)(8)(A)) |
| ) | |
|     Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared on the instant matter October 14, 2005 for defendant's initial appearance on the complaint, and appeared on October 28, 2005 for defendant's arraignment on the indictment.

    2. On October 28, 2005, the matter was continued until November 1, 2005 for initial appearance before the Honorable Vaughn R. Walker. On that date, the matter was continued until November 15, 2005.

    3. The parties appeared before the Honorable Vaughn R. Walker on November 1, 2005 for a status conference. Assistant Public Defender Josh Cohen, who represents the defendant,

STIPULATION AND PROPOSED ORDER    1
CR 05-00665 VRW

requested an exclusion of time from November 1, 2005 to November 15, 2005, based on effective preparation of counsel. The parties moved that this same time period be excluded from the calculation of time under the Speedy Trial Act.

4. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

2. For the reasons stated, the time period from November 1, 2005 through November 15, 2005 shall be excluded from the calculation of time under the Speedy Trial Act.

IT IS SO STIPULATED.

DATED: November 2, 2005                                Respectfully Submitted,

                                                       _____/S/_____
                                                       NAHLA RAJAN
                                                       Special Assistant United States Attorney


DATED: November 2, 2005                                _____/S/_____
                                                       JOSH COHEN
                                                       Counsel for Luis Perez-Gonzalez

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 9, 2005
                                                       _____
                                                       HONORABLE VAUGHN R. WALKER
                                                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 1, 2005 TO NOVEMBER 15, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161 (h)(8)(A))

to be served this date on the party(ies) in this action,

**Via Hand Delivery**

**JOSH COHEN**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 4, 2005

/S/
Ponly J. Tu
Legal Assistant (Immigration)
U.S. Attorney's Office